## SANDY BROOK APARTMENTS, LLC *v.* PETER HASIK
### (AC 21703)

Dranginis, Flynn and O'Connell, Js.

Submitted on briefs November 1—officially released November 27, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DONALD MOODY
### (AC 21050)

Foti, Mihalakos and Flynn, Js.

Argued November 27, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MATTHEW GAYESKI
### (AC 21276)

Schaller, Mihalakos and Shea, Js.

Argued November 28, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WILLIAM WARREN
### (AC 21157)

Foti, Mihalakos and Daly, Js.

Argued December 6, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.